UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL.**,

Plaintiffs,

v.

**ROBERT ROSS HAZARD**,

Defendant.

Case No. 15-cv-00934-YGR

**ORDER SETTING COMPLIANCE HEARING**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A compliance hearing regarding plaintiff's motion for default judgment shall be held on Friday, June 10, 2015, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the plaintiffs shall file either: (a) Motion for Default Judgment, or (b) a one-page statement setting forth an explanation for their failure to comply. If compliance is complete, plaintiffs need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: May 26, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**