```
Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Heather J. Zacharia, SBN 280444
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California  94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
        susan.olson@bullivant.com
        heather.zacharia@bullivant.com
```

Attorneys for Plaintiffs

**IT IS SO ORDERED AS MODIFIED**
*Judge Yvonne Gonzalez Rogers*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br>     Plaintiffs,<br>vs.<br>ROBERT ROSS HAZARD, an individual, dba Hazard Concrete Construction,<br>     Defendant. | Case No.: 4:15-cv-00934-YGR<br><br>**PLAINTIFFS' COMPLIANCE STATEMENT; ORDER THEREON**<br><br>Date: June 10, 2015<br>Time: 9:01 a.m.<br>Loc.: Ctrm. 1<br>   1301 Clay Street<br>   Oakland, CA  94612<br>   Hon. Yvonne Gonzalez Rogers |

Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California, and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California (collectively, "Plaintiffs") respond to this Court's Order Setting Compliance Hearing as follows.

/ / /

– 1 –
PLAINTIFFS' COMPLIANCE STATEMENT; ORDER THEREON

On March 3, 2015, Plaintiffs filed their Complaint for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions and for a Mandatory Injunction ("Complaint").  See Document 3.  On March 10, 2015, this case was reassigned to this Court.  See Document 7.  On March 12, 2015, an Administrative Motion to Relate Cases was filed.  See Document 8.[1]  The Complaint was served via substituted service on March 29, 2015.  See Document 13.  After defendant failed to file a responsive pleading, Plaintiffs' requested the clerk to enter default of the defendant.  See Documents 14-16.  On May 15, 2015, the Clerk's Entry of Default was filed.  See Document 17.  On May 26 2015, this Court issued its Order Setting Compliance Hearing.  See Document 18.

Plaintiffs are in the process of gathering all information and documentation to support their Motion for Default Judgment.  The necessary information and documents, while in the possession of Plaintiffs, will come from various departments, and this involves some planning and coordination among the various departments.  In addition, counsel for Plaintiffs is in the process of preparing declarations in support of the Motion for Default Judgment.

Plaintiffs anticipate having all information, documentation and supporting declarations completed and the Motion for Default Judgment filed within the next thirty (30) days.

Plaintiffs therefore respectfully request this Court vacate the current Compliance Hearing date of Wednesday, June 10, 2015, and reset it for July 8, 2015.

DATED:  May 28, 2015

                          BULLIVANT HOUSER BAILEY PC


                          By  */s/ Heather J. Zacharia*
                              Heather J. Zacharia

                          Attorneys for Plaintiffs

15552246.1

---

[1] At the time the Administrative Motion to Relate Cases was filed, the Cement Masons Trust Funds had a similar action against defendant. The Cement Masons litigation has been resolved and the matter dismissed.

**ORDER**

Based on the Plaintiffs' response to this Court's Order Setting Compliance Hearing and good cause appearing,

IT IS HEREBY ORDERED that the June 10, 2015 Compliance Hearing be continued to __July 10_____, 2015 at 9:01 a.m., Courtroom 1, 4th Floor (Oakland). Five (5) business days prior to the compliance hearing, Plaintiffs shall file either: (a) their Motion for Default Judgment; or (b) a one-page statement setting forth their failure to comply. If the Motion for Default judgment is filed prior to the compliance hearing, plaintiffs need not appear and the compliance hearing will be taken off calendar.

DATED: __June 3_____, 2015

By: _____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE