1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Heather J. Zacharia, SBN 280444
   BULLIVANT HOUSER BAILEY PC
3  235 Pine Street, Suite 1500
   San Francisco, California  94104-2752
4  Telephone: 415.352.2700
   Facsimile: 415.352.2701
5  E-Mail: ron.richman@bullivant.com
           susan.olson@bullivant.com
6          heather.zacharia@bullivant.com

7  Attorneys for Plaintiffs

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 OAKLAND DIVISION

11  BOARD OF TRUSTEES OF THE              Case No.:  4:15-cv-00934-YGR
    LABORERS HEALTH AND WELFARE
12  TRUST FUND FOR NORTHERN              **PLAINTIFFS' COMPLIANCE**
    CALIFORNIA; BOARD OF TRUSTEES OF     **STATEMENT; ORDER THEREON**
13  THE LABORERS VACATION-HOLIDAY
    TRUST FUND FOR NORTHERN
14  CALIFORNIA; BOARD OF TRUSTEES OF     **Date:       July 10, 2015**
    THE LABORERS PENSION TRUST FUND      **Time:       9:01 a.m.**
15  FOR NORTHERN CALIFORNIA; and         **Location:   Courtroom 1, 4th Floor**
    BOARD OF TRUSTEES OF THE             **             1301 Clay Street**
16  LABORERS TRAINING AND RETRAINING     **             Oakland, CA  94612**
    TRUST FUND FOR NORTHERN              **Before Hon. Yvonne Gonzalez Rogers**
17  CALIFORNIA,
                      Plaintiffs,
18
              vs.
19
    ROBERT ROSS HAZARD, an individual, dba
20  Hazard Concrete Construction,

21                    Defendant.

22

23          Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern

24  California, Board of Trustees of the Laborers Vacation Holiday Trust Fund for Northern

25  California, Board of Trustees of the Laborers Pension Trust Fund for Northern California, and

26  Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California

27  (collectively, "Plaintiffs") respond to this Court's Order Setting Compliance Hearing as follows.

28  / / /

– 1 –

PLAINTIFFS' COMPLIANCE STATEMENT; ORDER THEREON

On March 3, 2015, Plaintiffs filed their Complaint for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions and for a Mandatory Injunction ("Complaint").  See Document 3.  On March 10, 2015, this case was reassigned to this Court. See Document 7.  On March 12, 2015, an Administrative Motion to Relate Cases was filed.  See Document 8.[1]  The Complaint was served via substituted service on March 29, 2015.  See Document 13.  After defendant failed to file a responsive pleading, Plaintiffs' requested the clerk to enter default of the defendant.  See Documents 14-16.  On May 15, 2015, the Clerk's Entry of Default was filed.  See Document 17.  On May 26 2015, this Court issued its Order Setting Compliance Hearing.  See Document 18.

On May 28, 2015, Plaintiffs requested this Court vacate the original compliance hearing date of June 12, 2015, (per the clerk's notice correcting the date of compliance hearing) to allow Plaintiffs to gather the various documents, including declarations, and information required to support the Motion for Default.  See Documents, 19, 20.  The Court granted Plaintiffs' request and re-set the Compliance Hearing for July 10, 2015.  See Document 21.  In the interim, and since Plaintiff's May 28, 2015 request, settlement discussions began between plaintiff and defendant Robert Ross Hazard, which are ongoing.  The parties are in the process of finalizing a settlement, and believe that a settlement will be finalized by July 20, 2015.

Based on the above, Plaintiffs respectfully request that this Court continue the current Compliance Hearing date of July 10, 2015, and reset it for August 7, 2015.

DATED:  July 1, 2015

BULLIVANT HOUSER BAILEY PC


By  */s/ Heather J. Zacharia*
　　　Heather J. Zacharia

Attorneys for Plaintiffs

15614266.1

---

[1]  At the time the Administrative Motion to Relate Cases was filed, the Cement Masons Trust Funds had a similar action against defendant.  The Cement Masons litigation has been resolved and the matter dismissed.

1

**ORDER**

2        Based on the Plaintiffs' response to this Court's Order Setting Compliance Hearing and

3   good cause appearing,

4        IT IS HEREBY ORDERED that the July 10, 2015 Compliance Hearing be continued to

5   ___August 14___, 2015 at 9:01 a.m., Courtroom 1, 4th Floor (Oakland).  Five (5) business days

6   prior to the compliance hearing, Plaintiffs shall file either:  (a) their Stipulation for Dismissal; or

7   (b) a one-page statement setting forth their failure to comply.  If the Stipulation for Dismissal is

8   filed prior to the compliance hearing, plaintiffs need not appear and the compliance hearing will

9   be taken off calendar.

10

11   DATED:  ___July 7___, 2015

12

13   By: _____
                HON. YVONNE GONZALEZ ROGERS

14              UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 3 –