UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL.**, <br><br>    Plaintiffs, <br><br>    v. <br><br>**ROBERT ROSS HAZARD**, <br><br>    Defendant. | Case No. 15-cv-00934-YGR <br><br> **ORDER ON MOTION TO ENFORCE SETTLEMENT AGREEMENT** <br><br> Re: Dkt. No. 27 |

Currently pending before the Court is plaintiffs' motion to enforce the parties' settlement agreement. (Dkt. No. 27.) Defendant failed to oppose.

Having carefully considered plaintiffs' submissions, and good cause appearing, the Court hereby **GRANTS** plaintiffs' motion to enforce.[1] Plaintiffs shall submit a proposed form of judgment, approved as to form, to the Court no later than November 6, 2015.

**IT IS SO ORDERED.**

This Order Terminates Dkt. No. 27.

Dated: October 30, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court finds resolution of this matter appropriate for decision without local argument as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. Accordingly, the November 10, 2015 hearing on this matter is hereby **VACATED**.